UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL VETERANS LEGAL               )
SERVICES PROGRAM, NATIONAL            )
CONSUMER LAW CENTER, and              )
ALLIANCE FOR JUSTICE, for themselves  )
and all others similarly situated,    )
                                      )
          Plaintiffs,                 )
                                      )
     v.                               )      Civil Action No. 16-0745 (PLF)
                                      )
UNITED STATES OF AMERICA,             )
                                      )
          Defendant.                  )
                                      )

## ORDER CHANGING SETTLEMENT HEARING LOCATION

On May 8, 2023, the Court scheduled a hearing (the "Settlement Hearing") to determine whether to grant final approval to the parties' Class Action Settlement Agreement and enter judgment in this action, and to decide other remaining issues. Order Granting Plaintiffs' Revised Motion for Preliminary Approval of Class Settlement [Dkt. No. 153] ¶ 3. The Settlement Hearing was to be held in the Ceremonial Courtroom (Courtroom 20). Id. In view of the parties' representations as to the number of attendees they expect at the hearing, that location has been changed. The Settlement Hearing will be held on October 12, 2023, at 10:00 a.m. (Eastern Daylight Time) in Courtroom 29 in the William B. Bryant Annex to the United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/4/23